**EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, Appellant, v. Ernest F. GARRETT.**

No. 10616.

Circuit Court of Appeals, Eighth Circuit.

Oct. 22, 1936.

Donald Evans, of Des Moines, Iowa, and Folsom Everest, of Council Bluffs, Iowa, for appellant.

F. V. Morgan, of Newton, Iowa, for appellee.

PER CURIAM.

Appeal dismissed, with costs on motion of appellant.